IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| WILMAR CAICEDO PORTOCARRERO,<br>    Petitioner | § | |
| | § | |
| vs. | § | No. 113C 1:19-CR-20731-KMM(1) |
| | § | |
| UNITED STATES,<br>    Respondent | § | |

MOTION FOR REDUCTION IN SENTENCE
PURSUANT TO 18 U.S.C. § 3582(C)(2)

FILED BY _____ D.C.
NOV 08 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

TO THE HONORABLE COURT:

COMES NOW, Wilmar Caicedo Portocarrero, Defendant-Petitioner Pro Se, in the above styled numbered cause, and respectfully files and submits this his Motion For Reduction In Sentence, pursuant to 18 U.S.C. § 3582(c)(2). Portocarrero shows cause in support of reduction through the following.

I.

The United States Sentencing Commission enacted Amendment 821 to the Sentencing Guidelines regarding persons with zero criminal history points. This Amendment, U.S.S.G. § 4C1.1, grants a two-point offense level reduction, if the defendant meets certain criteria. This Amendment became effective November 1, 2023, with the Courts not issuing rulings until February 1, 2024.

II.

Portocarrero was convicted in the United States District Court for the Southern District of Florida, Miami Division in Case No. 113C 1:19-CR-20731-KMM(1) on February 20, 2020 for Conspiracy to Distribute And Possess With Intent To Distribute 5kg or More of Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States; Conspiracy to Operate & Emmbark on a

Semi or a Suberisble Vessel Without Nationality. . His base offense level was 35 creating a Guideline Range of 168 to 210 months, however Portocarrero was granted a further 2-point reduction under the Safety Valve provision, creating a new Level of 33 and new Range of 135 to 168 months with zero(0) criminal history points. Portocarrero was sentenced to 135 months.

### III.

Portocarrero seeks a reduction in his sentence based upon the retroactive nature of § 4C1.1. As stated above, Portocarrero has zero(0) criminal history points. He believes he meets the criteria requirements to receive the two-point reduction of his offense.

To determine the amount of reduction in sentence, it is at the discretion of the Court, after consideration of the sentencing factors in 18 U.S.C. § 3553(a).

Portocarrero presents through the attached exhibits, incorporated herein, supportive factors granting a reduction. Portocarrero has successfully completed various classes, over 40 hours, to better himself in the most effective manner for rehabilitation. He has maintained financial responsibilities both Court assessed and family. A reduction would help in providing financial assistance to his family. Portocarrero further believes a reduction will not deflect from the seriousness of the crime, will still promote respect for the law, and still provide a just punishment for the crime. A reduction will not effect the public safety or unwarranted sentence disparities.

### IV.

According to the Sentencing Guidelines, with the two-point reduction for Amendment 821, Portocarrero's new calculated offense level would be a Level 33,

after the previously granted Safety Valve provision, the Offense Level would go down to 31. The new Guideline Range then would be 108 to 135 months. As where the Portocarrero was sentenced previously to 135 months, the bottom end of range and 135 is now the top-end of new range, and consideration of the previous granted Safety Valve provision, a request for a reduction in sentence is recommended.

PRAYER

WHEREFORE, PREMISES CONSIDERED, the Petitioner Wilmar Caicedo Portocarrero, prays this Honorable Court finds merit and GRANTS a reduction in sentence, in the interest of justice.

DATE: 11/1/2024

Respectfully Submitted,

Wilmar Caicedo P.

Wilmar Caicedo Portocarrero
Petitioner Pro Se
BOP # 18426-104
FCI - Ft. Dix
PO Box 2000
Joint Base MDL, NJ  08640

I, Wilmar Caicedo Portocarrero, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

SIGNED on this the 1st day of November, 2023.

Wilmar Caicedo Portocarrero



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: CAICEDO PORTOCARRERO, WILMAR  18426-104

SEQUENCE: 02189526
Team Date: 08-08-2023

| | | |
|---|---|---|
| Facility: | FTD  FORT DIX FCI | Proj. Rel. Date: 08-17-2029 |
| Name: | CAICEDO PORTOCARRERO, WILMAR | Proj. Rel. Mthd: GOOD CONDUCT TIME |
| Register No.: | 18426-104 | DNA Status: MIM23002 / 10-30-2019 |
| Age: | 39 | |
| Date of Birth: | 01-10-1984 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | POSSIBLE DEPORATION 215570470 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | YARD EA AM | YARD DETAIL-EAST AM | 02-03-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 10-02-2020 |
| FTD | GED XN | EXEMPT GED NON-PROMOTABLE | 10-02-2020 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| NLK | W | ESL AM UNIT CHARLIE | 11-02-2021 | 07-08-2022 |
| NLK | W | GED WAITING LIST | 08-01-2021 | 06-24-2022 |
| NLK | C | PARENTING CLASS U C | 04-13-2022 | 05-27-2022 |
| NLK | C | CONTINUUM ED SHORT ACTIVITY | 01-03-2022 | 02-04-2022 |
| GPC | W | LIFE SKILLS AM | 02-22-2021 | 03-25-2021 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 02-28-2020 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-04-2021 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 09-01-2022 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-05-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-05-2021 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 10-16-2020 |

```
FTDHI   531.01  *              INMATE HISTORY              *      08-08-2023
PAGE 001 OF 001 *                 PT OTHER                  *      09:55:56


    REG NO..: 18426-104  NAME....: CAICEDO PORTOCARRERO, WILMAR
    CATEGORY: PTO        FUNCTION: DIS         FORMAT:


FCL     ASSIGNMENT DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
FTD     NAT DIAB P NATIONAL DIABETES PART       07-12-2023 1014  CURRENT
FTD     ARTH FND C ARTHRITIS FOUNDATION WALK COMP 06-15-2023 1039 06-15-2023 1039
FTD     ARTH FND P ARTHRITIS FOUNDATION WALK PART 05-03-2023 1225 06-15-2023 1039
FTD     NAT DIAB C NATIONAL DIABETES COMP       12-30-2022 1906  12-30-2022 1906
FTD     NAT DIAB P NATIONAL DIABETES PART       12-01-2022 1325  12-30-2022 1906
FTD     AGE BDY C  HEALTHY AGING BODY COMP      12-17-2022 1730  12-17-2022 1730
FTD     AGE BDY P  HEALTHY AGING BODY PART      11-05-2022 1657  12-17-2022 1730
FTD     BRN HLTH C BRAIN HEALTH AS YOU AGE COMP 11-05-2022 1616  11-10-2022 1616
FTD     BRN HLTH P BRAIN HEALTH AS YOU AGE PART 10-01-2022 1631  11-05-2022 1616




G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

United States District Court
Office of the Clerk
400 North Miami Ave, RM. 8
Miami, FL 33128

RE: Motion For Reduction In Sentence
    Wilmar Caicedo Portocarrero v United States
    No. 113C 1:19-CR-20731-KMM(1)

Dear Court Clerk,

Please find enclosed my Motion For Reduction In Sentence to be filed and submitted to the Court for consideration and ruling.

I would request to be notified of any action in this matter at the address below, please.

Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed. I await the Court's decision.

Sincerely,

wilmar caicedo P.   11/1/2024

Wilmar Caicedo Portocarrero
Petitioner Pro Se
BOP # 18426-104
FCI - Ft. Dix
PO Box 2000
Joint Base MDL, NJ  08640

enclosure(s): 5 pages

cc: file

WILMAR CAICEDO PORTOCARRERO # 18426-104
FEDERAL CORRECTIONAL INSTITUTION - FT. DIX
PO BOX 2000 • JOINT BASE MDL, NJ 08640



2 NOV

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
400 NORTH MIAMI AVE, RM 8
MIAMI, FL  33128

\* SPECIAL/LEGAL MAIL \*

9327010902820401        INT
                  33128-771699